1   CARLSMITH BALL LLP

2   JOHN D. OSBORN
    Carlsmith Building, Capitol Hill
3   P.O. Box 5241
    Saipan, MP 96950-5241
4   Tel No. 670.322.3455

5   Attorneys for Defendant
    Carlisle Food Service Products, Co.
6

7

8

9                   UNITED STATES DISTRICT COURT

10                              FOR THE

11                   NORTHERN MARIANA ISLANDS

12  ROBERTO M. FAUSTINO, and            CIVIL ACTION NO. 07-0006
    ESTRELLITA T. FAUSTINO,
13
                Plaintiffs,
14                                        STIPULATION FOR DISMISSAL WITH
         vs.                              PREJUDICE OF DEFENDANT
15                                        CARLISLE FOOD SERVICE PRODUCTS,
    CARLISLE FOOD SERVICE                 INC.
16  PRODUCTS, CO., and
    AUNTIE MAG'S FOOD &
17  CATERING SERVICES, INC.,

18              Defendants.

19

20

21          Come now David G. Banes, counsel for Plaintiffs Roberto M. Faustino and Estrellita T.

22  Faustino, and John D. Osborn of Carlsmith Ball LLP, counsel for Defendant Carlisle Food

23  Service Products, Inc., identified herein as Carlisle Food Service Products Co., and do hereby

24  stipulate and agree that Carlisle Food Service Products, Inc. should be and the same is hereby

25  dismissed with prejudice from the above captioned matter.  It is further stipulated that each party

26  hereto shall bear their own attorney fees and costs.

27  ///

28  ///

4819-7904-5121.1.060814-00001

1        IT IS SO STIPULATED.

2
                                             O'CONNOR BERMAN DOTTS & BANES
3

4

5    DATED:  May 8, 2007.                    /s/ David G. Banes
                                             DAVID G. BANES
6                                            Attorneys for Plaintiffs
                                             Roberto M. Faustino and
7                                            Estrellita T. Faustino

8

9

10

11                                           CARLSMITH BALL LLP

12

13
     DATED:  May 8, 2007.                    /s/ John D. Osborn
14                                           JOHN D. OSBORN
                                             Attorneys for Defendant
15                                           Carlisle Food Service Products, Co.

16

17

18

19

20

21

22

23

24

25

26

27

28

4819-7904-5121.1.060814-00001            -2.-