Thomas C. Sterling
Blair Sterling Johnson
Martinez & Leon Guerrero
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Tel. (671)477-7857
Fax (671)472-4290

Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorneys for Defendant Cambro Manufacturing Company

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERTO M. FAUSTINO and ESTRELLITA T. FAUSTINO,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRO MANUFACTURING CO.,<br><br>Defendant | Civil Action No. CV 07-0006<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

### STIPULATION

The parties have resolved this matter. They hereby stipulate to the dismissal of this case with prejudice, with each party to bear its own fees and costs, and with the Court to retain jurisdiction to enforce the terms and conditions of the settlement agreement reached

between the parties.

SO STIPULATED:

_____/s/_____     Date: 11/05/08
David G. Banes, F0171
Counsel for Plaintiffs


_____/s/_____     Date: 11/05/08
Thomas E. Clifford, F0210
Counsel for Defendant

Page 2 of 2 pages