FILED
Clerk
District Court

NOV 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERTO M. FAUSTINO and ESTRELITA T. FAUSTINO,<br><br>Plaintiffs<br><br>v.<br><br>CAMBRO MANUFACTURING COMPANY,<br><br>Defendant | Civil Action No. 07-0006<br><br><br><br>ORDER CLOSING FILE |

THE PARTIES having stipulated to a dismissal with prejudice; NOW, THEREFORE,

IT IS ORDERED that this file be and hereby is closed. The court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties.

DATED this 10th day of November, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)